

**FILED**

04/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0068

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0068

ASHLEY LeANN TINTINGER

Petitioner and Appellee,

and

SAMUEL VERNON TINTINGER

Respondent and Appellant.

**O R D E R**

**FILED**

APR 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

After reviewing the Appellant's Opening Brief filed on April 30, 2024, this Court has determined that the brief does not comply with the Montana Rules of Appellate Procedure for the below-referenced reason and must be resubmitted.

Rule 13(2) requires an Appellant to file a signed original brief and copies with Clerk of the Supreme Court. The Appellant's Opening Brief is unsigned, and thus not in compliance with the Rules.[1]

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Appellant and to all parties of record.

---

[1] We also note that the Appellant's Opening Brief lists its word count at 37,294. This is out of compliance with the 10,000-word limit for a principal brief under Rule 11(4)(a). However, upon examination, the Appellant's Opening Brief is under 10,000 words and therefore in compliance with that Rule.

DATED this 30th day of April, 2024.

For the Court,

By _____
Justice